DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAYLOR PETERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3724

[June 28, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 06-003240CF10A.

Taylor Peters, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***